AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Samson, Katharine M. | U.S. Bankruptcy Court, Southern District Mississippi | 05/12/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final   5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

2012 15th Street, Suite 244
Gulfport, MS 39501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Mississippi Bankruptcy Conference | 2/4-2/5/2016 | Oxford, MS | Judge Moot Court competition | Transportation, meals, lodging |
| 2. | Center for American & International Law | 2/24-2/26/2016 | New Orleans, LA | Speaker at conference | Transportation, meals, lodging |
| 3. | MS Banruptcy Conference | 11/8-11/10/2016 | Jackson, MS | Sspeaker at conference | Meals, lodging |
| 4. | Louisiana State University | 11/11/2016 | Baton Rouge, LA | Speaker at conference | Transportation |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Cross Country Bank | Installment loan | K |
| 2. | Bancorp South | Mortgage on Commercial Rental Property, Gulfport, MS (Pt. VII, line 2) | M |
| 3. | First Commercial Credit | Mortgage on raw land | M |
| 4. | Bancorp South | Installment loan (Pt. VII, lline 74) | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Royalty Interest - Jefferson Parish, LA (Hilcorp) | B | Royalty | J | W | | | | | |
| 2. Rental Property, Gulfport, MS (2007 - 1/2 of $405,000) | E | Rent | L | U | | | | | |
| 3. LaJolla, LLC (See Part VIII) | B | Rent | O | U | | | | | |
| 4. Brokerage Account #1(IRA) Fidelity Contrafund | B | Dividend | K | T | | | | | |
| 5. Merrill Lynch Cash Account | A | Interest | K | T | | | | | |
| 6. Ameritrade IRA SEP (H) | | | | | | | | | |
| 7. -Ameritrade Deposit Account | A | Interest | M | T | | | | | |
| 8. -Columbia Management Multi Advisor(Y) | | | | | | | | | |
| 9. -Columbia Select Intl Equity Z(X) | A | Dividend | J | T | | | | | |
| 10. -Abbvie Inc Com Stock | A | Dividend | J | T | | | | | |
| 11. -Altria Group Inc Com Stock | A | Dividend | J | T | | | | | |
| 12. -Arlington Asset Inv Corp Com Stock | A | Dividend | J | T | | | | | |
| 13. -Chubb Corp Com Stock | A | Dividend | K | T | | | | | |
| 14. -Freeport McMoran Com Stock | | | J | T | | | | | |
| 15. -Lloyd's Banking Group PLC Stock | A | Dividend | J | T | | | | | |
| 16. -National Oilwell Varco Inc Com Stock | A | Dividend | J | T | | | | | |
| 17. -NOW Inc Com Stock | | | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Peabody Enegry Corp Com Stock | | | J | T | | | | | |
| 19. -Pfizer Inc Com Stock | A | Dividend | J | T | | | | | |
| 20. -Smucker JM Co Com Stock | A | Dividend | J | T | | | | | |
| 21. -Tesla Motors, Inc. Com Stock(X) | | | J | T | Buy | 05/23/16 | J | | |
| 22. -Titan Medical Inc. Stock | | | J | T | | | | | |
| 23. -United Health Group Inc Com Stock | A | Dividend | K | T | | | | | |
| 24. -Whole Foods Mkt Inc Com Stock | A | Dividend | J | T | | | | | |
| 25. Stifel Nicolaus IRA (H) | | | | | | | | | |
| 26. -Stifel Nicolaus Money Market | A | Interest | L | T | | | | | |
| 27. -Altria Group Inc Com Stock | A | Dividend | J | T | | | | | |
| 28. -Cisco Systems Inc Com Stock | A | Dividend | J | T | | | | | |
| 29. -Walt Disney Company Com Stock | A | Dividend | J | T | | | | | |
| 30. -Exxon Mobil Corp Com Stock | A | Dividend | K | T | | | | | |
| 31. -Fortune Brands Com Stock | A | Dividend | J | T | | | | | |
| 32. -Intel Corp | A | Dividend | J | T | | | | | |
| 33. -Johnson & Johnson Com Stock | A | Dividend | J | T | | | | | |
| 34. -Kraft Heinz Com Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Microsoft Corp Com Stock | A | Dividend | K | T | | | | | |
| 36. -Mondelez International Inc. Stock | A | Dividend | J | T | | | | | |
| 37. -Philip Morris Com Stock | A | Dividend | J | T | | | | | |
| 38. -Capital World Growth & Income Fund Class C | A | Dividend | J | T | | | | | |
| 39. Lexterra LLC | D | Distribution | J | U | | | | | |
| 40. Stiefel Nicolas Investment Account (H) | | | | | | | | | |
| 41. -FB | A | Dividend | J | T | Sold (part) | 06/08/16 | J | D | |
| 42. Hancock Bank IRA (H) | | | | | | | | | |
| 43. -HHAXX (Y) | | | | | | | | | |
| 44. -FCLAX | A | Dividend | K | T | | | | | |
| 45. -FIIAX | A | Dividend | K | T | | | | | |
| 46. -FNIAX | A | Dividend | K | T | Buy (add'l) | 03/17/16 | J | | |
| 47. -AEGFX(X) | A | Dividend | J | T | Buy | 03/17/16 | J | | |
| 48. -FZAXX(X) | A | Dividend | J | T | | | | | |
| 49. -HHBUX | | | K | T | Sold (part) | 03/17/16 | J | | |
| 50. -HHDAX | A | Dividend | K | T | | | | | |
| 51. -HHGAX | | | | | Sold | 03/17/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. -ATDAX | A | Dividend | K | T | | | | | |
| 53. -EAEMX | | | | | Sold | 03/17/16 | J | | |
| 54. -LALDX | A | Dividend | J | T | | | | | |
| 55. -LCEAX(X) | A | Dividend | K | T | Buy | 03/17/16 | K | | |
| 56. -PHDAX | A | Dividend | J | T | | | | | |
| 57. -PTTAX | A | Dividend | J | T | | | | | |
| 58. -PRFDX | A | Dividend | K | T | Sold<br>(part) | 03/17/16 | J | | |
| 59. | A | | | | Buy<br>(add'l) | 12/31/16 | J | | |
| 60. Legalwood, LLC (See Part VIII) | | None | M | U | | | | | |
| 61. Charles Schwab Account #1 (H) | | | | | | | | | |
| 62. -Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 63. -Coca Cola Com Stock | A | Dividend | J | T | | | | | |
| 64. -Nokia Corp Com Stock | A | Dividend | J | T | | | | | |
| 65. Charles Schwab Account #2 (H) | | | | | | | | | |
| 66. -Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 67. -Coca Cola Com Stock | A | Dividend | J | T | | | | | |
| 68. -Nokia Corp Com Stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Samson, Katharine M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Charles Schwab Account #3 (H) | | | | | | | | | |
| 70. -Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 71. -Coca Cola Com Stock | A | Dividend | J | T | | | | | |
| 72. -Nokia Corp Com Stock | A | Dividend | J | T | | | | | |
| 73. Bancorp South Savings Account | A | Interest | J | T | | | | | |
| 74. Dakota, Buga & Kim Holdings, LLC (See Part VIII) | | None | J | U | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 4, line 2- Rental Property is owned by Green Channel, LLC. Income and Value is based on ownership of 1/2 interest in the LLC.

2) Part VII, page 4, line 3 - LaJolla, LLC is owner of real estate in Yazoo County, MS. Income and Value is based on ownership of 58% interest in the LLC.

3) Part VII, page 7, line 60 - Legalwood, LLC is owner of real estate in Brooklyn, MS. Income and Value are based on ownership of 1/2 interest in the LLC.

4) Part VII, page 7, line 74 - Dakota, Buga, & Kim Holdings, LLC is 12% owner of The Oaks Holding Company, LLC, which owns The Oaks Golf Development. Income and Value are based on ownership of 1/3 interest in the LLC.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Katharine M. Samson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544